IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONALD DIXON,                        )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )   CASE NO. CV421-217
                                     )
MEDICREDIT, INC.,                    )
                                     )
    Defendant.                       )
_____)

**ORDER**

Before the Court is Plaintiff Donald Dixon's Notice of Voluntary Dismissal. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request (Doc. 14) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of November 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Defendant's Motion to Dismiss (Doc. 9) is **DISMISSED AS MOOT**.